Gregory P. Wayland (SBN: 277437)
**CORSAUT & WAYLAND, LLP**
1750 Prairie City Road, Ste. 130
Folsom, CA 95630
(916) 678-2211
greg@corsaut-wayland.com
nichole@corsaut-wayland.com

*Attorney for Plaintiff,*
HAZEL PROPERTIES, LLC

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL PROPERTIES, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, a Nationally Licensed Corporation doing business in California, and Does 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02189-DJC-JDP<br><br>**STIPULATION OF DISMISSAL AND ORDER DISMISSING ACTION** |

Plaintiff HAZEL PROPERTIES, LLC, a California Limited Liability Company (Plaintiff") and Defendant CENTURY SURETY COMPANY, a Nationally Licensed Corporation doing business in California (hereafter the "Parties") by and through their respective counsel of record, hereby requests that the Court dismiss the above-captioned Action with prejudice on the grounds that a settlement has been reached. The Parties will each bear their own fees and costs.

///

**IT IS SO STIPULATED.**

Dated: November 4, 2025         By: /s/ Gregory P. Wayland, Esq.
                                Gregory P. Wayland, Esq.
                                *Attorney for Plaintiff,*
                                HAZEL PROPERTIES, LLC

Dated: November 4, 2025         By: /s/ Ken A. Remson, Esq.
                                Kenneth A. Remson, Esq.
                                *Attorney for Defendant,*
                                CENTURY SURETY COMPANY

### ORDER

Pursuant to the foregoing request, this Court hereby dismisses the entire Action with prejudice.

**IT IS SO ORDERED.**

Dated: November 4, 2025         /s/ Daniel J. Calabretta
                                Honorable Daniel J. Calabretta
                                United States District Judge